941 A.2d 1261

COMMONWEALTH of Pennsylvania, Respondent,

v.

Rakim MELVIN, Petitioner.

No. 140 EM 2007.

Supreme Court of Pennsylvania.

Feb. 7, 2008.

### ORDER

PER CURIAM.

AND NOW, this 7th day of February, 2008, the Petition for Extension of Time to File Petition for Allowance of Appeal is granted. Alan Sagot, Esquire is directed to file a petition for

allowance of appeal within 45 days of the date of this order. The Application for Appointment of Counsel is dismissed as moot.